No. 76–299. Saalfrank v. Parkview Memorial Hospital, Inc. C. A. 6th Cir. Certiorari denied. ▬

No. 76–300. Garger et al. v. New Jersey et al. Sup. Ct. N. J. Certiorari denied. ▬

No. 76–311. Louisiana Bank & Trust Company of Crowley, Louisiana v. Employers Liability Assurance Corp., Ltd. C. A. 5th Cir. Certiorari denied. ▬

No. 76–322. Gene Slagle, Inc., et al. v. General Telephone Company of Ohio et al. Sup. Ct. Ohio. Certiorari denied. ▬

No. 76–324. Steinman v. Nadjari et al. App. Div., Sup. Ct. N. Y., 2d Jud. Dist. Certiorari denied. ▬

No. 76–340. Van de Kamp, District Attorney of Los Angeles County, et al. v. Projection Room Theater et al. Sup. Ct. Cal. Certiorari denied. ▬

No. 76–341. California Department of Water Resources v. Oroville-Wyandotte Irrigation District. C. A. 9th Cir. Certiorari denied. ▬

No. 76–350. Atlantic Improvement Corp. v. City of New York. Ct. App. N. Y. Certiorari denied. ▬

No. 76–360. Friedlander v. Kentucky Bar Assn. Sup. Ct. Ky. Certiorari denied. ▬

No. 76–362. Quarles v. Quarles. Ct. App. D. C. Certiorari denied. ▬